IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOUGLAS W. ANDERSON,**

    **Petitioner,**

**vs.**        **Case No. 5:05cv90-RH/WCS**

**CHARLES CRIST,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Pursuant to court order, doc. 3,[1] Petitioner paid the filing fee for his 28 U.S.C. § 2254 petition. Doc. 4. The court deferred review of the petition until either the fee was paid or an in forma pauperis application submitted. Doc. 3.

On review of the § 2254 petition, Petitioner is incarcerated at Apalachee Correctional Institution and challenges his conviction out of the Circuit Court in St. Johns County, Florida. Jurisdiction is appropriate in this district and the Middle District, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d). The district of conviction is the most convenient and appropriate venue, and the petition should be transferred to the Southern District under § 2241(d). See also, Parker v.

---

[1] The order erroneously named Schelia Clark, Warden of the Federal Correctional Institution in Tallahassee, as Respondent. Petitioner is in state custody.

Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9  (11th Cir. 2001) (noting the practice of district courts in Georgia to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 16, 2005.


   s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**