# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DOUGLAS W. ANDERSON,

      Petitioner,

v.                            CASE NO. 5:05cv90-RH/WCS

CHARLES CRIST,

      Respondent.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida. The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 27th day of June, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge